REDACTED

## Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**        Under Seal: Yes  X   No ____    Judge Assigned: Judge TSE

City _____ ____Superseding Indictment ____Criminal Number: 1:11-CR- 560

County/Parish _____ ____Same Defendant ____New Defendant  X

                     Magistrate Judge Case Number ____Arraignment Date: ____

                     Search Warrant Case Number ____

                     R 20/R 40 from District of ____

**Defendant Information:**

Juvenile — Yes ___ No  X   FBI # _____

Defendant Name: Ayman Joumaa     Alias Name(s) Junior

Address: _____

Employment: _____

Birth date ▮▮/1964  SS# _____ Sex  M  Def Race ____ Nationality Lebanese  Place of Birth ____

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos ____

    Interpreter: ___No ___Yes List language and/or dialect: ____ Automobile Description ____

**Location Status:**

Arrest Date ____

___Already in Federal Custody as of ____ in ____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

___Arrest Warrant Requested    ___Fugitive    ___Summons Requested

 X  Arrest Warrant Pending    ___Detention Sought    ___Bond ____

**Defense Counsel Information:**

Name: _____    ____Court Appointed    Counsel conflicted out:

Address: _____    ____Retained

Telephone: _____    ____Public Defender    Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**

AUSA   Michael P. Ben'Ary   Telephone No:   703-299-3700    Bar # ____

**Complainant Agency, Address & Phone Number or Person & Title:**
DEA Special Agent R. Kevin Schreiber

---

**U.S.C. Citations:** 1

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 959(a), 960, 963 | Conspiracy to Distribute Five Kilograms or More of Cocaine Knowing and Intending that it will be Unlawfully Imported into the United States | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 2 | Felony |

Date: 11/22/11     Signature of AUSA: _[signed]_